```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

BERNINA OF AMERICA, INC.,        )
                                 )
            Plaintiff,           )
                                 )
     v.                          )   No.  10 C 4917
                                 )
IMAGELINE, INC., et al.,         )
                                 )
            Defendants.          )

<u>MEMORANDUM</u>

George Riddick III ("Riddick") has tendered two filings, received today in this Court's chambers (each title is copied verbatim):

    1.  Opposition Brief to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injuction, and

    2.  Rebuttal Brief to Memorandum of Law in Support Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

This Court's minute clerk has been advised by Riddick that the originals together with numerous exhibits are being transmitted here by overnight delivery.

This memorandum order is prompted by Riddick's effort to speak for his codefendants as well as for himself--as he says at pages 2 and 3 of the second document listed above:

> Riddick, who currently personally owns over one-half of the copyright-protected digital illustrations and designs infringed by Bernina in this case, represents himself <u>Pro Se</u> in this Rebuttal Brief, and its accompanying **OPPOSITION BRIEF TO PLAINTIFF BERNINA OF AMERICA, INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER**

**AND PRELIMINARY INJUNCTION**, and is also the sole officer, director, shareholder, and member in each of the other three named Defendants, and, in that capacity, is the most qualified to respond to issues pertaining to each of these three Defendants, as well, if asked.

\*     \*     \*

The other named Defendants are referred to herein as Imageline, Inc. ("Imageline") and Islandview Technologies, LLC, and Islandview Designs, LLC, ("Islandview"). Riddick is the majority shareholder and sole officer, director, or member of each of these three corporate defendants, and is authorized to speak on their behalf.

Not so if Riddick is not a lawyer, for no nonlawyer is authorized to appear on behalf of corporate or other entities. Accordingly this Court will treat the codefendants as nonresponding parties, absent (1) a showing by Riddick that he himself is a lawyer (coupled with a completed application to appear here pro hac vice, including the required fee) or (2) the filing of an appearance by either counsel.

_____
Milton I. Shadur
Senior United States District Judge

Date:  August 18, 2010