

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BERNINA OF AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) Case Number: 1:10-cv-4917 |
| | ) |
| v. | ) |
| | ) Judge Milton I. Shadur |
| IMAGELINE, INC., ISLANDVIEW | ) |
| TECHNOLOGIES LLC, ISLANDVIEW | ) |
| DESIGNS LLC, and GEORGE | ) Magistrate Judge Martin C. Ashman |
| P. RIDDICK, III, | ) |
| | ) |
| Defendants. | ) |

### TEMPORARY RESTRAINING ORDER

After consideration of Plaintiff Bernina of America, Inc.'s ("Bernina") Motion for a Temporary Restraining Order, memorandum in support, supporting declaration, exhibits, and argument from counsel and after finding that Bernina has satisfied the requisite threshold showing to warrant a temporary restraining order ("TRO") against Defendant Imageline, Inc., Defendant Islandview Technologies LLC, Defendant Islandview Designs LLC, and Defendant George P. Riddick (collectively "Defendants") by demonstrating (a) that Bernina is suffering irreparable harm as a result of Defendants' conduct; (b) that Bernina lacks an adequate remedy at law; (c) that there is a substantial likelihood of success on the merits of Bernina's claims; (d) that the harm that Bernina would suffer if a TRO were wrongfully denied would far outweigh any harm that Defendants would suffer if the TRO ordered here were wrongfully granted (Defendants have failed to identify any such harm); and (e) that granting such a TRO would not disserve the public interest:

**IT IS HEREBY ORDERED** that Plaintiff Bernina's motion for a TRO is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants, their officers, subsidiaries, parents, divisions, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this TRO by personal service or otherwise, are enjoined from:

      i. making defamatory allegations against Bernina, including but not limited to making allegations that:

           a. Bernina has engaged in any copyright infringement, willful or otherwise;

           b. Bernina and its corporate officers have acted unethically;

           c. Bernina and its corporate officers have ignored the best interests of its independent dealers and have exposed them to legal liability;

           d. Bernina and its corporate officers have knowingly made false statements to the Bernina dealers and others;

           e. Bernina and its corporate officers have directly caused damage to the Bernina dealers; and

           f. Bernina and its corporate officers have engaged in unlawful activities; and

      ii. from making contact with Bernina's authorized dealers in the Bernina Dealer Network for the purpose of making false allegations of copyright infringement and/or otherwise interfering with Bernina's contractual relationships with those dealers.

This order is entered on August 19, 2010 at 10:30 a.m. CT, and expires on September 2,

2010 at 10:30 a.m. CT. The parties shall appear before the Court for a status hearing on Tuesday August, 31, 2010, at 8:45 a.m. CT.

**SO ORDERED**

Dated: *August 19, 2010*

Honorable Milton I. Shadur
United States District Judge

Submitted by:

Norman K. Beck (ARDC 2425205)
Brian D. Fergemann (ARDC 6269728)
Marc H. Trachtenberg (ARDC 6290927)
Kevin P. McCormick (ARDC 6294455)
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
nbeck@winston.com
bfergemann@winston.com
mtrachtenberg@winston.com
kmccormick@winston.com

Attorneys for Bernina of America, Inc.