```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

BERNINA OF AMERICA, INC.,        )
                                 )
            Plaintiff,           )
                                 )
      v.                         )    No. 10 C 4917
                                 )
IMAGELINE, INC., et al.,         )
                                 )
            Defendants.          )
```

## MEMORANDUM ORDER

This action is set for a status hearing on November 12, when this Court anticipates addressing the posture of the three corporate defendants (their original counsel having withdrawn recently, with new counsel having come into the case to replace them just two weeks ago) as well as the posture of pro se defendant George Riddick III ("Riddick"). In the interim this Court has noted, from a printout of the pending motions in all cases on its calendar, that the August 19 motion of plaintiff Bernina of America, Inc. ("Bernina") to strike Riddick's pro se tender of documents in response to Bernina's then-pending motion for a temporary restraining order and preliminary injunction was still shown as an open motion.

As the court record will reflect, on September 3 this Court granted Bernina's motion for a preliminary injunction, so that its omission of a contemporaneous minute order granting Bernina's August 19 motion to strike was simply an oversight. Accordingly, for the reasons briefly set forth in Bernina's motion (to which

Bernina had attached a number of supporting exhibits), its motion (Dkt. 15) to strike the Riddick-tendered documents is granted.

_____
Milton I. Shadur
Senior United States District Judge

Date:  November 4, 2010