IN THE UNITED STATES DISTRICT COURT
					FOR THE NORTHERN DISTRICT OF ILLINOIS
							EASTERN DIVISION

BERNINA OF AMERICA, INC.,           )
                                    )
            Plaintiff,               )
                                    )
      v.                             )     No. 10 C 4917
                                    )
IMAGELINE, INC., et al.,            )
                                    )
            Defendants.              )

                        MEMORANDUM ORDER

     Bernina of America, Inc. ("Bernina") has filed its Answer
and Affirmative Defenses to defendants' First Amended
Counterclaims.  This memorandum order is issued sua sponte
because two paragraphs of that response require correction.

     Answer ¶¶72 and 73 inexplicably depart from the clear path
marked out by Fed. R. Civ. P. ("Rule") 8(b)(5) for the language
of the disclaimer required to get the benefit of a deemed denial
of an adversary's allegations.  Moreover, that noncompliance with
Rule 8(b)(5) has been aggravated here by the addition of the
clause "and therefore denies the same."  In the latter respect,
that is of course oxymoronic--how can a party that must assert
(presumably in good faith) that it lacks even enough information
to form a belief as to the truth of an allegation then proceed to
deny it in accordance with Rule 11(b)?

     Accordingly Answer ¶¶72 and 73 are stricken.  Bernina is
granted leave to file an amendment correcting the errors
identified here on or before January 27, 2011 (this does not call

for a full-fledged Amended Answer, but rather a brief pleading that addresses only the two paragraphs involved).

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date:  January 18, 2011