IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BERNINA OF AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 1:10-cv-4917 |
| | ) | |
| v. | ) | Judge Milton I. Shadur |
| | ) | |
| IMAGELINE, INC., ISLANDVIEW TECHNOLOGIES, LLC, ISLANDVIEW DESIGNS, LLC, and GEORGE P. RIDDICK, III, | ) ) ) ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Norman K. Beck
Brian D. Fergemann
Marc H. Trachtenberg
Kevin P. McCormick
WINSTON & STRAWN LLP
25 W. Wacker Drive
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on Wednesday, March 9, 2011, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants, Imageline, Inc, Islandview Technologies, LLC, Islandview Designs, LLC, and George P. Riddick, III, shall appear before the Honorable Milton I. Shadur, or any judge sitting in his stead, in the courtroom usually occupied by him, Room 2303, in the United States District Courthouse at 219 South Dearborn

1

Street, Chicago, Illinois, and present a **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL,** a copy of which is attached hereto.

                                                Respectfully submitted,

                                                MARK R. BAGLEY and BRETT M. TOLPIN

Date: March 4, 2011                     By:    s/ Mark R. Bagley
                                                Mark R. Bagley
                                                Brett M. Tolpin
                                                TOLPIN & PARTNERS, PC
                                                11 South LaSalle Street, Suite 2900
                                                Chicago, Illinois 60603
                                                (312) 698-8971

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION** was served via the Northern District of Illinois electronic filing system to:

      Norman K. Beck
      Brian D. Fergemann
      Marc H. Trachtenberg
      Kevin P. McCormick
      WINSTON & STRAWN LLP
      25 W. Wacker Drive
      Chicago, Illinois 60601

and by email and First Class U.S. Mail, to:

      George P. Riddick, III
      Imageline, Inc. (c/o George P. Riddick, III)
      Islandview Designs, LLC (c/o George P. Riddick, III)
      Islandview Technologies, LLC (c/o George P. Riddick, III)
      9962 Brook Road, Suite 815
      Glen Allen, Virginia 23059
      **griddick@imageline2.com**

on this 4th day of March, 2011.

                                                               s/ Mark R. Bagley
                                                               Mark R. Bagley